UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY BROWN** | ) | CASE NO. 1:17-CV-00246 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREENBERG |
| | ) | |
| **NORTH COAST SOM, LLC d/b/a** | ) | |
| **JIMMY JOHN'S** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AND STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement Agreement and Mutual Release ("Release") attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Release, the Declaration of Joshua B. Fuchs appended to the Joint Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement, and the Release as follows:

1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of Plaintiff Anthony Brown.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Release, and orders that the Settlement be implemented according to the terms and conditions of the Release and as directed herein.

4. The Court dismisses the claims of Plaintiff with prejudice, and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

5. The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

SO ORDERED:

Date: October 25, 2017

s/ Christopher A. Boyko
Christopher A. Boyko
United States District Judge

SO STIPULATED:

**COHEN ROSENTHAL & KRAMER LLP**

/s/ Joshua B. Fuchs
Jason R. Bristol (0072989)
jbristol@crklaw.com
Joshua B. Fuchs (0087066)
jfuchs@crklaw.com
The Hoyt Block Building – Suite 400
700 West St. Clair Avenue
Cleveland, Ohio 44113
216-781-7956 [Telephone]
216-781-8061 [Facsimile]

Counsel for Plaintiff

**MEYERS, ROMAN, FRIEDBERG & LEWIS**

/s/ Jonathon T. Hyman
Jonathan T. Hyman (0068812)
jhyman@meyersroman.com
Eaton Tower
28601 Chagrin Blvd., Suite 500
Cleveland, Ohio 44122
Phone (216) 831-0042, ext. 140
Fax: (216) 831-0542

Counsel for Defendant